**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL LOUIS OVERTON,<br><br>       Plaintiff,<br><br>  vs.<br><br>WATCH SUPERVISOR,<br>ATASCADERO STATE HOSPITAL,<br><br>       Defendants.<br>_____ / | No. C 15-1881 WHA (PR)<br><br>**ORDER OF TRANSFER** |

   Plaintiff is a California prisoner incarcerated at the Atascadero State Hospital. He alleges that Atascadero officials stole his money. Atascadero is located within the venue of the United States District Court for the Central District of California. Venue for civil rights claims concerning the conditions of his confinement at Atascadero is therefore proper in the Central District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. 1404(a), 1406(a). The clerk shall transfer this matter forthwith.

   **IT IS SO ORDERED.**

Dated: June    1   , 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE